UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGEFORTH LOGISTICS, LLC, )
                Plaintiff, )
                 )   No. 1:21-cv-607
-v- )
                 )   Honorable Paul L. Maloney
CHRISTOPHER NELSON, )
                Defendant. )
                 )

## JUDGMENT

The Court dismissed this lawsuit without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 17, 2021                              /s/  Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge